## MORRIS v. STATE.
### No. 19261.

Court of Criminal Appeals of Texas.
Jan. 5, 1938.

Clarke Wills, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

Court of Criminal Appeals of Texas.
Jan. 5, 1938.

Clarke Wills, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for theft, a felony; penalty assessed at confinement in the penitentiary for ten years.

The indictment appears regular and regularly presented. The appellant entered a plea of guilty to the offense charged. The record is before this court without statement of facts or bills of exception.

The judgment of the trial court is affirmed.